DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| ABL Plumbing & Heating Corp. v. Bladen Cty. Bd. of Educ.<br><br>Case Below:<br>175 N.C. App. 164 | No. 035P06 | Plt's PDR Under N.C.G.S. §7A-31 (COA05-14) | Denied (03/02/06) |
| Barham v. Hawk<br><br>Case Below:<br>165 N.C. App. 708 | No. 461PA04 | Plt's Motion to Dismiss Appeal or in the Alternative to Deem Discretionary Review Improvidently Granted (COA02-1393) | Dismissed as moot (03/02/06) |
| Barton v. White<br><br>Case Below:<br>173 N.C. App. 717 | No. 684P05 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA04-1604)<br><br>2. Def's (Sue Perry White) Motion to Dismiss Petition<br><br>3. Def's (Godfrey) Motion to Dismiss Petition | 1. Denied (03/02/06)<br><br>2. Dismissed as moot (03/02/06)<br><br>3. Dismissed as moot (03/02/06) |
| Bond/Tec, Inc. v. Scottsdale Ins. Co.<br><br>Case Below:<br>174 N.C. App. 820 | No. 006P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-1591) | Denied (03/02/06) |
| Bost v. Bost<br><br>Case Below:<br>175 N.C. App. 419 | No. 056P06 | Respondents' (Bobbi and Keith Bruehl) PDR Under N.C.G.S. § 7A-31 (COA05-360) | Denied (03/02/06) |
| Capps v. NW Sign Indus. of N.C., Inc.<br><br>Case Below:<br>171 N.C. App. 409 | No. 383A05 | Pt's Motion to Dismiss Appeal (COA04-1229) | Denied 02/13/06 |
| Carpenter v. Ratliff<br><br>Case Below:<br>174 N.C. App. 625 | No. 688P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-271) | Denied (03/02/06) |
| Estate of Spell v. Ghanem<br><br>Case Below:<br>175 N.C. App. 191 | No. 067P06 | Def's (East Carolina Health Heritage) Motion to Withdraw PDR Under N.C.G.S. § 7A-31 (COA05-353) | Allowed (03/02/06) |